

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 4 2022

TAMMY H. DOWNS, CLERK

DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:22-cv-00140-BRW-JTR

Jury Trial: ☒ Yes  ☐ No
**(Check One)**

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: **MICHAEL DAVIS**
ADC # **119031**

Address: **PINE BLUFF UNIT, 890 FREE LINE DRIVE, PINE BLUFF, AR. 71603-1498**

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Wilson
and to Magistrate Judge Ray

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: **DEXTER PAYNE**

Position: **DIRECTOR – ARKANSAS DEPARTMENT OF CORRECTIONS**

Place of employment: **ARKANSAS DEPARTMENT OF CORRECTIONS**

Address: **P.O. BOX 8707, PINE BLUFF, ARKANSAS 71611-8707**

Name of defendant: **RORY L. GRIFFIN & DR. GEORGE WILSON M.D.**

Position: **OVER ALL MEDICAL IN ADC; ADMINISTRATOR OF MEDICAL**

Place of employment: ARKANSAS DEPARTMENT OF CORRECTIONS

Address: 7500 CORRECTION CIRCLE, PINE BLUFF, AR 71603-1498

Name of defendant: JACKSON

Position: DEPUTY WARDEN JACKSON (2017)

Place of employment: RANDALL L. WILLIAM UNIT

Address: 7706 WEST 7TH AVE, PINE BLUFF, AR 71603-1498

Name of defendant: DOCTOR                    IN (2017)

Position: DOCTOR                    IN (2017)

Place of employment: RANDALL L. WILLIAM UNIT

Address: 7706 WEST 7TH AVE, PINE BLUFF, AR 71603-1498

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☒    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No X

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐    Court (if federal court, name the district; if state court, name the county): _____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.    Place of present confinement: _MICHAEL DAVIS, ADC # 119031_

_PINE Bluff UNIT, 890 FREE LINE DRIVE, PINE BLUFF, AR. 71603-1498_

V.    At the time of the alleged incident(s), were you: (check appropriate blank)

\_\_\_\_\_ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

\_\_\_\_\_ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes \_\_\_\_\_    No _X_

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _____  No ✗

If not, why? _____ _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

COPY OF MY FACTS – COUPLE PAGES INCLUDE

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

PLAINTIFF, MICHAEL DAVIS ADC# 119031 WHO HAD A MASSIVE HEART ATTACK IN MARCH , 2017. HOUSED IN ARKANSAS DEPARTMENT OF CORRECTIONS, AT RANDALL L. WILLIAMS UNIT IN PINE BLUFF, AR. . ARKANSAS DEPARTMENT OF CORRECTIONS VIOLATED MY 8TH AMENDMENT FOR MEDICAL CARE DO TO ME. I AM BRINGING A LAW-SUIT AGAINST DEXTER PAYNE — DIRECTOR OF ARKANSAS DEPARTMENT OF CORRECTIONS NOW; AT THE TIME OF MY MASSIVE HEART ATTACK, WAS WENDY KELLY AS DIRECTOR AT THE ARKANSAS DEPARTMENT OF CORRECTIONS BUT SHE RETIRED TO MAINE.

THE OTHER DEFENDANTS ARE RORY L. GRIFFIN — DIRECTOR OVER ALL MEDICAL CARE IN "ADC"; DR. GEORGE WILSON — ADMINISTRATOR OF MEDICAL; DEPUTY WARDEN JACKSON, THAT WAS DEPUTY WARDEN IN 2017 AT RANDALL L. WILLIAMS UNIT; THE [ALLEGING DEFENDANTS] (1) VIOLATED MY CONSTITUTIONAL RIGHTS, BY BEING DELIBERATELY INDIFFERENT TO MY [SERIOUS MEDICAL NEEDS] IN VIOLATION OF THE EIGHTH AMENDMENT AND (2) VIOLATED ARKANSAS GOVERNMENT CODE BY FAILING TO ENSURE ME TIMELY TO SEE A DOCTOR, WAITING FOR ME AT THE HOSPITAL AT (JEFFERSON REGIONAL MEDICAL CTR.), AFTER I HAD A MASSIVE HEART ATTACK AND NURSE MS. COLLINS GAVE ME A E.K.G..

SHE CALLED SOMEONE TO TELL THEM ABOUT MY CONDITION AND THEY TOLD HER TO GET ME TO THE HOSPITAL A.S.A.P. . AND ADC TOLD NURSE MS. COLLINS TO WAIT FOR A ADC VAN TO GET AVAILABLE TO GET TRANSPORTED TO HOSPITAL [INSTEAD] OF CALLING A "AMBULANCE" TO GET ME THEIR SOONER. I WAITED FROM (3) THREE SOMETHING TO NOON (9) NINE HOURS IN THE INFIRMARY FOR THE ADC VAN. BY DOING SO I LOST 70% PERCENT OF MY HEART AND I JUST GOT 20-30% PERCENT LEFT TO WORK WITH. BECAUSE OF THEIR [NEGLIGENCE], I CAN NOT GO ON LONG WALKS WITH MY FAMILY, MY GRANDKIDS, OR PLAY WITH THEM, PLAY-BALL OF ANYKIND LIKE I USE TO, OR HIKE OR RIDE BIKES ETC. THEY TOOK ALL THAT FROM ME, BY WAITING FOR (9) HOURS TO GO TO HOSPITAL. FINDING AND EVIDENCE (1) ME, MICHAEL DAVIS WILL PROVIDED "SUFFICIENT EVIDENCE" SHOWING NEGLIGENCE AND DELIBERATELY INDIFFERENTICE, INCLUDING MEDICAL SLIPS, LETTERS AND STATEMENTS FROM DOCTORS, NURSES AT THE HOSPITAL AND ADC, FROM THE MEDICAL DIRECTOR OVER JEFFERSON REGIONAL MEDICAL CTR., TONY MIDDLETON M.D.. THAT HE ALMOST LOST HIS JOB OVER IT, BECAUSE ADC — DID NOT CALLED A AMBULANCE FOR ME TO GET ME THEIR SOONER THAN (9) HOURS LATER, I ALMOST LOST MY LIFE. THATS WHY I HAVE 20-30% PERCENT OF MY HEART, INSTEAD OF 80% PERCENT OR MORE, THEIR NEGLIGENCE ADC!

(1)

BECAUSE OF THIS AMENDMENT REQUIRES MEDICAL CARE TO BE SUMMONED FOR AN INMATE WHO NEEDS IMMEDIATE MEDICAL CARE IN A LIFE AND DEATH INCIDENT AND THEY DID NOT APPLY THAT ADC. AFTER NURSE MS. COLLINS TOOK A E.K.G. ON ME MICHAEL DAVIS SHE CALLED THE DOCTOR AND TOLD HIM WHAT HAPPEN TO ME AND RESULTS ON THE E.K.G., HE TOLD HER TO GET ME TO THE HOSPITAL A.S.A.P. AND CALL A AMBULANCE AND THEY DID NOT.

THIS SECOND PRONG ——— DEFENDANT'S RESPONSE TO THE NEED WAS DELIBERATELY INDIFFERENT — (A) A PURPOSEFUL ACT OR FAILURE TO RESPOND TO A PRISONER'S PAIN OR POSSIBLE MEDICAL NEED AND (B) HARM CAUSED BY THE INDIFFERENCE, ID, INDIFFERENCE, MAY APPEAR WHEN PRISON OFFICIALS DENY, DELAY OR INTENTIONALLY INTERERE WITH MEDICAL TREATMENT. AND ARKANSAS DEPARTMENT OF CORRECTIONS AND THEIR STAFF FROM ADMINISTRATOR OF MEDICAL GEORGE WILSON & RORY L.GRIFFIN OVER ALL MEDICAL IN ADC., PLUS DOCTOR ON DUTY THAT DAY MARCH___, 2017 AT RANDALL L. WILLIAMS UNIT IN PINE BLUFF, AR AND UNDER DEPUTY WARDEN JACKSON.

IN ORDER TO STATE A CLAIM, A PUBLIC EMPLOYEE ... IS LIABLE IF THE EMPLOYEE KNOWS OR HAS REASON TO KNOW THAT THE PRISONER MICHAEL DAVIS IS IN NEED OF IMMEDIATE MEDICAL CARE AND HE OR SHE FAILS TO TAKE REASONABLE ACTION TO SUMMON SUCH MEDICAL CARE,

AND NURSE MS. COLLINS, THAT WAS ON DUTY THAT MORNING MARCH___, 2017 AFTER SHE DID A E.K.G. MS.COLLINS CALLED DOCTOR OR HIGHER-UP TO GET ME TO THE HOSPITAL

A PRISONER MUST ESTABLISH IN THREE (3) ELEMENTS :

(1) THE PUBLIC OR ADC EMPLOYEE KNEW OR HAD REASON TO KNOW OF THE NEED,

(2) FOR IMMEDIATE MEDICAL CARE, AND

(3) FAILED TO REASONABLY SUMMON SUCH CARE

LIABILITY UNDER SECTION TO "SERIOUS AND OBVIOUS" MEDICAL CONDITIONS REQUIRING IMMEDICATE CARE :

STATEMENTS FROM HOSPITAL DOCTORS — WILL STATE SERIOUS OF MICHAEL DAVIS CONDITIONS, HE ALMOST DIED !

THE CIVIL LAW GENERALLY CALLS A PERSON RECKLESS WHO ACTS OR (IF THE PERSON HAS A DUTY TO ACT) FAILS TO ACT IN THE FACE OF AN UNJUSTIFIABLY HIGH RISK OF HARM THAT IS EITHER KNOWN OR SO OBVIOUS THAT IT SHOULD BE KNOWN. AND UNDER HUMANE CONDITION, OF CONFINEMENT THE OFFICIAL KNOWS OF AND DISREGARDS AN EXCESSIVE RISK TO INMATE HEALTH OR SAFETY ;

AND UNDER EIGHTH AMENDMENT, PRISON OFFICIALS HUMANE CONDITIONS OF CONFINEMENT, ENSURING THAT INMATES RECEIVE MEDICAL CARE, SAFETY RECEIVE MEDICAL CARE, SAFETY RECEIVE ADEQUATE FOOD, CLOTHING AND MUST TAKE REASONABLE MEASURES TO GUARANTEE SAFETY OF INMATES.

AN INMATE MUST RELY ON PRISON AUTHORITIES TO TREAT HIS MEDICAL NEEDS, IF THE AUTHORITIES FAIL TO DO SO, THOSE NEEDS WILL NOT BE MET. SUCH A FAILURE MAY ACTUALLY PRODUCE PHYSICAL " TORTURE OR A LINGERING DEATH ". SERIOUS CASES LIKE THIS [DENIAL] OF MEDICAL CARE MAY RESULT IN PAIN AND SUFFERING WHICH NO ONE SUGGESTS WOULD SERVE ANY (PENOLOGICAL) PURPOSE, PRISON MANAGEMENT, DELAYING ACCESS TO MEDICAL CARE GOING TO HOSPITAL SOONER.

(COURTS USUALLY AGEE) — WHEN A PRISONER CAN SHOW A SERIOUS MEDICAL NEED IF "FAILURE TO TREAT A PRISONER'S CONDITION COULD RESULT IN [FURTHER SIGNIFICANT INJURY] I LOST 70 % PERCENT OF MY HEART. BECAUSE OF THEIR NEGLIGENCE NOT GETTING ME TO THE HOSPITAL, I ALMOST DIED, LOSING 70 % PERCENT OF MY HEART I HAVE DOCTORS FROM HOSPITAL SAYING THAT, IN OTHER WORDS IF A DOCTOR SAY'S YOU NEED TREATMENT RIGHT NOW OR YOU WILL DYE ( MY NEED IS OBVIOUS THAT IT IS PROBABLY A [ "SERIOUS MEDICAL NEED" ]

(3)

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. THEY VIOLATED MY EIGHTH (8) AMENDMENT under Medical CARE AND ADEQUATE MEDICAL CARE, UNDER STATE / STATUES RELATIVE TO MEDICAL CARE TO TREATMENT OF PRISONERS ; SUING FOR PAIN & SUFFERING, MENTAL ANGUISH, MEDICAL MALPRACTICE ; SUING BETWEEN ~~ $ 1700 DOLLARS TO $8900 DOLLARS A DAY FROM INCIDENT — PRESENT 1755 DAYS - JAN. 20, 2022

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __25__ day of __JANUARY__, 20 __22__

MICHAEL DAVIS, ADC # 119031
PINE BLUFF UNIT
890 FREE LINE DRIVE, PINE BLUFF, AR. 71603-1498

X _Michael Davis_
Signature(s) of plaintiff(s)

- 8 -

**WITNESS** my hand this 25 day of January, 2022

Signature of Petitioner
ADC # 119031

**STATE OF ARKANSAS**          )
                                )  §§
**COUNTY OF JEFFERSON**        )


On this 25 day of January, 2022 **Subscribed and sworn to before me, a notary public**, for this State and County the aforesaid undersigned officer, personally appeared before me, and known to me to be the person whose name is subscribed to the within instrument and acknowledged that he has executed the same for the purposes therein contained.


**NOTARY PUBLIC SIGNATURE**                              **NOTARY STAMP/SEAL**

KAREN LAWSON
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
My Commission Expires 04-27-2028
Commission # 12364997

**MY COMMISSION EXPIRES:** 04-27-2028

## Admission Medication Reconciliation                JRMC

**Patient Name:** DAVIS, MICHAEL      **Account #:** 4000804596

**Room #:** WR Medical Physicians      **Primary Care Provider:** Fram MD, Ricki

| Allergen | Type | Reaction |
|----------|------|----------|
| No Known Allergies | | |

**Height:** 5 Feet  7 Inches      **Weight:** 222 Pounds  0 Ounces

### Home Medications

**Last Updated:** 9/20/17 08:50

### Outpatient Medication Status: Patient Currently Takes Medications

| Continue in Hospital | Medication Name | Instructions | Changes (Record any changes in dose, route, frequency, or time |
|---|---|---|---|
| ☐ Yes  ☐ No | PARoxetine 40 mg oral tablet | 1 tab(s) orally once a day | |
| ☐ Yes  ☐ No | aspirin 81 mg oral tablet, chewable | 1 tab(s) orally once a day | |
| ☐ Yes  ☐ No | pravastatin 80 mg oral tablet | 1 tab(s) orally once a day (at bedtime) | |
| ☐ Yes  ☐ No | clopidogrel 75 mg oral tablet | 1 tab(s) orally once a day | |
| ☐ Yes  ☐ No | docusate-senna 50 mg-8.6 mg oral tablet | 1 tab(s) orally 2 times a day, As needed, Constipation | |
| ☐ Yes  ☐ No | pantoprazole 40 mg oral delayed release tablet | 1 tab(s) orally once a day | |
| ☐ Yes  ☐ No | K-Tab 20 mEq oral tablet, extended release | 1 tab(s) orally once a day | |
| ☐ Yes  ☐ No | Senokot 8.6 mg oral tablet | 1 tab(s) orally once a day (at bedtime) | |
| ☐ Yes  ☐ No | Lasix 40 mg oral tablet | 1 tab(s) orally once a day | |
| ☐ Yes  ☐ No | spironolactone 25 mg oral tablet | 1 tab(s) orally 2 times a day | |
| ☐ Yes  ☐ No | enalapril 20 mg oral tablet | 1 tab(s) orally once a day | |
| ☐ Yes  ☐ No | Metoprolol Tartrate 50 mg oral tablet | 1 tab(s) orally 2 times a day | |

MED'S I TAKE

MD Review Order:

_____      _____

(MD Signature)            (Date/Time)

ADMITTING PHYS. : Fram MD, Ricki



**Jefferson Regional Medical Center**
1600 West 40th Avenue
Pine Bluff AR 71603

**Leading Care**
**Strengthening the Community**
**Embracing the Individual**

*Main Number*
**(870) 541-7100**

*Emergency Center*
**(870) 541-7111**

## EXITCARE® PATIENT INFORMATION

Patient Name: <u>MICHAEL DAVIS</u>
Attending Caregiver:

# Cardioverter Defibrillator Implantation, Care After

Refer to this sheet in the next few weeks. These instructions provide you with information on caring for yourself after your procedure. Your health care provider may also give you more specific instructions. Your treatment has been planned according to current medical practices, but problems sometimes occur. Call your health care provider if you have any problems or questions after your procedure.

## WHAT TO EXPECT AFTER THE PROCEDURE
- You may feel pain. Some pain is normal. It may last a few days.
- A slight bump may be seen over the skin where the device was placed. Sometimes, it is possible to feel the device under the skin. This is normal.
- In the months and years afterward, your health care provider will check the device, the leads, and the battery every few months. Eventually, when the battery is low, the device will be replaced.

## HOME CARE INSTRUCTIONS
### Medicines

- Take medicines only as directed by your health care provider.
- If you were prescribed an antibiotic medicine, finish it all even if you start to feel better.
- **Do not** take any other medicines without asking your health care provider first. Some medicines, including certain painkillers, can cause bleeding after surgery.

### Wound Care

- **Do not** remove the bandage on your chest until directed to do so by your health care provider.
- Once your bandage is removed, you may see pieces of tape called skin adhesive strips over the area where the cut was made (*incision site*). Let them fall off on their own.
- Check the incision site every day to make sure it is not infected, bleeding, or starting to pull apart.
- **Do not** use lotions or ointments near the incision site unless directed to do so.
- Keep the incision area clean and dry for 2–3 days after the procedure or as directed by your health care provider. It takes several weeks for the incision site to completely heal.
- **Do not** take baths, swim, or use a hot tub until your health care provider approves.

### Activities

- Try to walk a little every day. Exercising is important after this procedure. It is also important to use your

shoulder on the side of the pacemaker in daily tasks that do not require exaggerated motion.
- .Avoid sudden jerking, pulling, or chopping movements that pull your upper arm far away from your body for at least 6 weeks.
- **Do not** lift your upper arm above your shoulders for at least 6 weeks. This means no tennis, golf, or swimming for this period of time. If you sleep with the arm above your head, use a restraint to prevent this from happening as you sleep.
- You may go back to work when your health care provider says it is okay. Check with your health care provider before you start to drive or play sports.

## Other Instructions

- Follow diet instructions if they were provided. You should be able to eat what you usually do right away, but you may need to limit your salt intake.
- Weigh yourself every day. If you suddenly gain weight, fluid may be building up in your body.
- Always carry your pacemaker identification card with you. The card should list the implant date, device model, and manufacturer. Consider wearing a medical alert bracelet or necklace.
- Tell all health care providers that you have a pacemaker. This may prevent them from giving you a magnetic resonance imaging (MRI) scan because of the strong magnets used during that test.
- If you must pass through a metal detector, quickly walk through it. **Do not** stop under the detector or stand near it.
- Avoid places or objects with a strong electric or magnetic field, including:
  - Airport security gates. When at the airport, let officials know you have a pacemaker. Your ID card will let you be checked in a way that is safe for you and that will not damage your pacemaker. Also, **do not** let a security person wave a magnetic wand near your pacemaker. That can make it stop working.
  - Power plants.
  - Large electrical generators.
  - Radiofrequency transmission towers, such as cell phone and radio towers.
- **Do not** use amateur (ham) radio equipment or electric (arc) welding torches. Some devices are safe to use if held at least 1 foot from your pacemaker. These include power tools, lawn mowers, and speakers. If you are unsure of whether something is safe to use, ask your health care provider.
- You may safely use electric blankets, heating pads, computers, and microwave ovens.
- When using your cell phone, hold it to the ear opposite the pacemaker. **Do not** leave your cell phone in a pocket over the pacemaker.
- Keep all follow-up visits as directed by your health care provider. This is how your health care provider makes sure your chest is healing the way it should. Ask your health care provider when you should come back to have your stitches or staples taken out.
- Have your pacemaker checked every 3–6 months or as directed by your health care provider. Most pacemakers last for 4–8 years before a new one is needed.

SEEK MEDICAL CARE IF:
- You feel one shock in your chest.
- You gain weight suddenly.
- Your legs or feet swell more than they have before.
- It feels like your heart is fluttering or skipping beats (*heart palpitations*).
- You have a fever.

SEEK IMMEDIATE MEDICAL CARE IF:
- You have chest pain.
- You feel more than one shock.
- You feel more short of breath than you have felt before.
- You feel more light-headed than you have felt before.

ExitCare® Patient Information - MICHAEL DAVIS - ID# 4432014 - MR# 001140395

➢ You have problems with your incision site, such as swelling or bleeding, or it starts to open up.
➢ You notice signs of infection around your incision site. Watch for:
  • Warmth.
  • Redness.
  • Worsening pain.
  • Swelling.
  • Fluid leaking from the incision site.

Document Released: 7/7/2006 Document Revised: 1/8/2016 Document Reviewed: 1/8/2014
ExitCare® Patient Information ©2015 ExitCare, LLC. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

# Heart Failure

Heart failure means your heart has trouble pumping blood. This makes it hard for your body to work well. Heart failure is usually a long-term (*chronic*) condition. You must take good care of yourself and follow your doctor's treatment plan.



HOME CARE
➢ Take your heart medicine as told by your doctor.
  • **Do not** stop taking medicine unless your doctor tells you to.
  • **Do not** skip any dose of medicine.
  • Refill your medicines before they run out.
  • Take other medicines only as told by your doctor or pharmacist.
➢ Stay active if told by your doctor. The elderly and people with severe heart failure should talk with a doctor about physical activity.
➢ Eat heart-healthy foods. Choose foods that are without *trans* fat and are low in saturated fat, cholesterol, and salt (*sodium*). This includes fresh or frozen fruits and vegetables, fish, lean meats, fat-free or low-fat dairy foods, whole grains, and high-fiber foods. Lentils and dried peas and beans (*legumes*) are also good choices.
➢ Limit salt if told by your doctor.
➢ Cook in a healthy way. Roast, grill, broil, bake, poach, steam, or stir-fry foods.
➢ Limit fluids as told by your doctor.
➢ Weigh yourself every morning. Do this after you pee (*urinate*) and before you eat breakfast. Write down your weight to give to your doctor.
➢ Take your blood pressure and write it down if your doctor tells you to.
➢ Ask your doctor how to check your pulse. Check your pulse as told.
➢ Lose weight if told by your doctor.
➢ Stop smoking or chewing tobacco. **Do not** use gum or patches that help you quit without your doctor's approval.
➢ Schedule and go to doctor visits as told.
➢ Nonpregnant women should have no more than 1 drink a day. Men should have no more than 2 drinks a day. Talk to your doctor about drinking alcohol.
➢ Stop illegal drug use.
➢ Stay current with shots (*immunizations*).
➢ Manage your health conditions as told by your doctor.
➢ Learn to manage your stress.
➢ Rest when you are tired.

ExitCare® Patient Information - MICHAEL DAVIS - ID# 4432014 - MR# 001140395

- ➢ If it is really hot outside:
  - Avoid intense activities.
  - Use air conditioning or fans, or get in a cooler place.
  - Avoid caffeine and alcohol.
  - Wear loose-fitting, lightweight, and light-colored clothing.
- ➢ If it is really cold outside:
  - Avoid intense activities.
  - Layer your clothing.
  - Wear mittens or gloves, a hat, and a scarf when going outside.
  - Avoid alcohol.
- ➢ Learn about heart failure and get support as needed.
- ➢ Get help to maintain or improve your quality of life and your ability to care for yourself as needed.

GET HELP IF:
- ➢ You gain weight quickly.
- ➢ You are more short of breath than usual.
- ➢ You cannot do your normal activities.
- ➢ You tire easily.
- ➢ You cough more than normal, especially with activity.
- ➢ You have any or more puffiness (*swelling*) in areas such as your hands, feet, ankles, or belly (*abdomen*).
- ➢ You cannot sleep because it is hard to breathe.
- ➢ You feel like your heart is beating fast (*palpitations*).
- ➢ You get dizzy or light-headed when you stand up.

GET HELP RIGHT AWAY IF:
- ➢ You have trouble breathing.
- ➢ There is a change in mental status, such as becoming less alert or not being able to focus.
- ➢ You have chest pain or discomfort.
- ➢ You faint.

MAKE SURE YOU:
- ➢ Understand these instructions.
- ➢ Will watch your condition.
- ➢ Will get help right away if you are not doing well or get worse.

Document Released: 9/26/2009 Document Revised: 1/8/2016 Document Reviewed: 2/3/2014
ExitCare® Patient Information ©2015 ExitCare, LLC. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

**Return to the Emergency Department immediately with any worsening of symptoms.**

**Signature acknowledges that Patient and/or Guardian has received these instructions and understands them.**

| Patient or Guardian Signature | Date/Time | Witnessed & Instructed By | Date/Time |
| --- | --- | --- | --- |

**Jefferson Regional Medical Center • www.jrmc.org**

Generated on: 3/29/2017 16:39



Aortic
M: 57
SEP: 24

## Calculations

| Valve Name | P-P | Mean Gradient | Valve Area (cm$^2$) | Index | Valve Flow | Source |
|---|---|---|---|---|---|---|
| Aortic | | 57 | | | | |
| | | 57 | | | | |

## Snapshots



S. 14:31     25 mm/sec, HR: 69 bpm

Resp: 12 ipm    Spo2: 92 %    NIBP: 151/89 mmHg



S. 14:44     25 mm/sec, HR: 105 bpm

Resp: 8 ipm    Spo2: 90 %    NIBP: 132/87 mmHg
P1: LV 126/12,34





**Jefferson Regional Medical Center**

**Document Name : Case Management Assessment/Discharge Planning**
**Patient Name: DAVIS, MICHAEL      Account#: 4331682  MRN: 001140395**
**Room #:3 NW-3359   Provider Name: Iko MD, Ojiugo**

---

**[03/30/2017 16:27]**
**Authored By Wilson, Candace (RN)**

**Document History**
**Wilson, Candace (RN) Signed in Full 2017-03-30 16:28:23**

**Care Providers/Allergies/Medications:**
Care Providers:
Attending Physician: Jason Cobb MD
Consulting Physician(s): Ricki Fram MD;

Allergies:
No Known Drug Allergies

HOME MEDICATION:
atenolol 50 mg oral tablet 1 tab(s) orally 2 times a day,
omeprazole 20 mg oral delayed release tablet 1 tab(s) orally once a day,
simvastatin 40 mg oral tablet 1 tab(s) orally once a day (at bedtime),
hydroCHLOROthiazide 25 mg oral tablet 1 tab(s) orally once a day,
enalapril 20 mg oral tablet 1 tab(s) orally once a day,
amLODIPine 10 mg oral tablet 1 tab(s) orally once a day,
PARoxetine 40 mg oral tablet 1 tab(s) orally once a day,
Low Dose ASA 81 mg oral tablet 1 tab(s) orally once a day

THIS VISIT MEDICATIONS:
  Scheduled Medications
  ------------------------------
1. 1/2 NS 1000ml: 1000 ml at 60 ml/hr IV Continuous Infusion
2. Aspirin, Baby Chewable: 81 mg PO Once Daily
3. Clopidogrel Oral: 75 mg PO Once Daily
4. Enalapril: 20 mg PO B I D
5. Metoprolol ER: 50 mg PO B I D
6. Pantoprazole Oral: 40 mg PO Once Daily
7. PARoxetine: 40 mg PO Once Daily
8. Pravachol Oral: 80 mg PO At Bedtime

  PRN Medications
  ------------------------------
1. Acetaminophen Tablet: 650 mg PO Q 4 Hrs
2. Albuterol 0.083% Updraft: 1 Treatments Inhalation Q 4 Hrs
3. Atropine -: 0.5 mg IVP As Directed
4. DiphenhydrAMINE: 25 mg PO At Bedtime
5. Hydrocodone 5 / APAP 325 Oral: 1 tablet(s) PO Q 4 Hrs
6. Ipratropium 0.02% 2.5ml Updraft: 1 Treatments Inhalation Q 4 Hrs
7. Magnesium Hydroxide: 15 ml PO Once Daily
8. Mg & Al Hydroxide + Simeth: 15 ml PO Q 2 Hrs

| Discharge Reconciliation Document |
|---|
| **All Active Home Medications at time of Discharge Reconciliation: 04/02/2017 10:48** |
| enalapril 20 mg oral tablet 1 tab(s) orally 2 times a day |
| furosemide 40 mg oral tablet 1 tab(s) orally once a day |
| K-Tab 20 mEq oral tablet, extended release 1 tab(s) orally once a day |
| metoprolol succinate 50 mg oral tablet, extended release 1 tab(s) orally 2 times a day |
| pantoprazole 40 mg oral delayed release tablet 1 tab(s) orally once a day |
| PARoxetine 40 mg oral tablet 1 tab(s) orally once a day |
| pravastatin 80 mg oral tablet 1 tab(s) orally once a day (at bedtime) |

## Jefferson Regional Medical Center

**Document Name : Discharge Summary Physician-**
**Patient Name: DAVIS, MICHAEL      Account#: 4331682  MRN: 001140395**
**Room #:3 NW-3359  Provider Name: Iko MD, Ojiugo**

---

### [04/11/2017 14:18]
### Authored By AHEC-Montales, Maria (MD)
### Fendley, Herbert (MD)

### Document History
### AHEC-Montales, Maria (MD) Signed w/additional Signatures Pending 2017-04-11 14:33:55
### AHEC-Montales, Maria (MD) Signed w/additional Signatures Pending 2017-04-11 14:34:37
### Fendley, Herbert (MD) Signed in Full 2017-04-11 17:19:16

**Discharge Summary:**

| | |
|---|---|
| **Admit Date:** | 03/29/2017 |
| **Discharge Date:** | 04/02/2017 |
| **Disposition** | Discharge to Malvern Prison Hospital |

**Admit/Discharge Diagnosis:**

| | |
|---|---|
| **Admitting Diagnosis** | Non-ST elevation (NSTEMI) myocardial infarction [I21.4] |
| **Discharge Diagnosis** | Acute myocardial infarction of anterior wall, initial episode of care [I21.09] |
| | Hyperlipidemia with target low density lipoprotein (LDL) cholesterol less than 100 mg/dL [E78.5] |
| | Peripheral vascular disease [I73.9] |
| | Ischemic cardiomyopathy [I25.5] |
| | Presence of stent in anterior descending branch of left coronary artery [Z95.5] |

**Hospital Course:**
Pt is a 66 y.o white male from prison with PMH of HTN, hyperlipidemia and former smoker (for 20 years, consumed 1 1/2 ppd, stopped in 2006) who was admitted from ED presented with B shoulder pain radiating to upper back, worse when he is laying down, associated with diaphoresis, onset was 6 hours prior to ED arrival. Troponin was found to be elevated (troponin of 10), and EKG showed ST elevation MI. Pt was seen by Dr. Fram (cardiologist) in ED and LHC was immediately done.  Pt is S/P stent to LAD on 3/29/2017 and S/P stent x2 to RCA on 3/31/2017, with an ejection fraction of 25-30%. Pt was also found to have peripheral vascular disease presented with left lower extremity pain and decrease in pulse, plan was ABI/PVR as outpatient per cardio. Pt was cleared for discharge on hospital day 5 and was discharged on ASA (indefinitely), clopidogrel (for at least 1 year) , statin, metoprolol, enalapril, furosemide and KCL PO. Pt was also discharged with life vest (S/P stents, EF 20-30%, to prevent arrhythmia) to Malvern prison hospital. Dr. Vowell (admitting physician in Malvern hospital) accepted the patient. To ffup with Dr. Fram.

**General Info:**

| | |
|---|---|
| **General Details** | white, male, obese, not in acute distress |

**Head/Neck Exam:**

| | |
|---|---|
| **Head and Neck** | supple, trachea midline, no JVD, LN, thyromegaly or carotid bruits |

## Jefferson Regional Medical Center

Document Name : Consult - Cardiology
Patient Name: DAVIS, MICHAEL        Account#: 4331682  MRN: 001140395
Room #:3 NW-3359   Provider Name: Iko MD, Ojiugo

---

### [03/29/2017 14:06]
### Authored By Fram MD, Ricki (MD)

### Document History
### Fram MD, Ricki (MD) Signed in Full 2017-03-29 14:21:26
### Fram MD, Ricki (MD) Signed in Full 2017-03-29 16:34:06

**Consult:**
**Date Performed**                        03/29/2017

**HPI:**
**Chief Complaint**                       Chest Pain
**History of Present Illness**            Mr. Davis is a 66 year old WM with a history of HTN
                                          and dyslipidemia. I was consulted by Dr. Curry for an
                                          anterior STEMI. The patient was in his cell playing a
                                          video game when he developed a dull ache in his
                                          chest and both shoulders, non-radiating, without
                                          shortness of breath, diaphoresis, palpitations and
                                          dizziness. He was taken to the infirmary where he was
                                          given an aspirin but his pain did not improve. His
                                          admission ECG showed ST elevations in the anterior
                                          leads with reciprocal changes. His initial TnI is 10.
**History Obtained from**                 patient
**Chest Pain Location**                   anterior
**Pain Radiation**                        shoulder(s)
**Pain Occurred**                         at rest
**Pain Characteristic(s)**                aching
**Pain Worsened by**                      nothing
**Pain Relieved by**                      nothing
**Associated Symptoms**                   none
**Cardiac Risk Factors**                  hypertension; hyperlipidemia

**Review of Systems:**
**General**                               denies any new problems such as fevers, chills, loss of
                                          appetite
**Skin/Breast**                           denies any new problems such as rash, itching,
                                          wounds
**Ophthalmologic**                        denies any new problems, such as eye pain,
                                          discharge, double vision, or irritation
**ENMT**                                  denies any new problems, such as earache, sore
                                          throat, nasal problems, or hearing problems.
**Respiratory and Thorax**                denies any new problems, such as cough, wheezing,
                                          shortness of breath, pain when breathing, or abnormal
                                          sputum production.
**Cardiovascular Symptoms**               chest pain
**Gastrointestinal**                      denies any new problems, such as stomach pain,
                                          nausea, vomiting, diarrhea, blood in stools or vomitus
**Genitourinary**                         denies any new problems, such as hematuria, flank
                                          pain, urine discoloration, incontinence, dysuria,
                                          increased frequency, nocturia, and male/female

**Jefferson Regional Medical Center**

**Document Name : CARDIOLOGY OPERATIVE REPORT**
**Patient Name: DAVIS, MICHAEL       Account#: 4331682 MRN: 001140395**
**Room #:3 NW-3359   Provider Name: Cobb MD, Jason**

PATIENT?S NAME: DAVIS, MICHAEL
ACCOUNT #: 4331682
MR#: 001140395
DOB: 03/08/1951
ROOM #: 3E3359
DATE OF OPERATION: 3/29/17
TIME OF OPERATION:
CARDIOLOGIST: Ricki Fram, M.D.

Preop Diagnosis
Anterior ST elevation acute coronary syndrome.

Postop Diagnosis
1.  Anterior ST elevation acute coronary syndrome.
2.  Two vessel coronary artery disease.

Patient History
Mr. Davis is a 66-year-old white man with a history of hypertension and dyslipidemia. I was consult by Dr. Curry for an anterior STEMI. The patient was in his cell playing a video game, when he developed a dull ache in his chest and both shoulders, nonradiating, and without shortness of breath, diaphoresis, palpitations, and dizziness. He was taken to the infirmary at the prison, where he was given an aspirin, but his pain never improved. So, he was transferred to the ER, where an admission EKG showed ST elevations in the anterior leads with reciprocal changes. His initial troponin was 10. Because of the acuity of the case, the patient was emergently taken to the cardiac catheterization lab.

Informed Consent
The patient has been counseled on the risk of cardiac catheterization and percutaneous coronary intervention. This includes, but is not limited to, bleeding, infection, pain, stroke, myocardial infarction, death, serious cardiac arrhythmia, embolus to potentially any body part, the risk of adverse drug reaction, respiratory suppression, and potential toxic drug effects or kidney failure, which could result in lifelong dependency upon dialysis. The indications, benefits, and alternatives were reviewed with the patient. The risk of percutaneous coronary intervention was also reviewed with the patient in detail, but not limited to bleeding. The patient expressed an understanding of this, and the patient's questions were answered.

Performing Physician
Ricki Fram, M.D.

Procedures Performed
1.  Right femoral artery access.
2.  Left heart catheterization.
3.  Left ventriculography.
4.  Left coronary artery arteriography.
5.  Right coronary artery arteriography.

Access Site
Right femoral artery.

Access Sheath
6-French 10 cm sheath.

Study Catheters

## ARRHYTHMIA RECORD

*New Admit*



MANUAL SAVED SICU-2345 DAVIS,MICHAEL 4331682 29-MAR-2017 18:33:58 ALARM PAUSE
ALM VOL 70% @25 MM/S  HR 66  ARR FULL PVC 1 MONITORING ECG SIZE:0.5mV/div
NBP X/X (X) SPO2 92 RATE 67 RR 24

MANUAL SAVED SICU-2345 DAVIS,MICHAEL 4331682 29-MAR-2017 19:58:12 ALM VOL 70%
@25 MM/S  HR 65  ARR FULL PVC 0 MONITORING ECG SIZE:0.5mV/div
NBP 111/63 (82) mmHg @ 19:52 SPO2 93 RATE 67 RR 16

**DATE**                                                                        **NOTIFIED:**

3/29   60   .20   .08                          SR c̄ 1° AV Block

MANUAL SAVED SICU-2345 DAVIS,MICHAEL 4331682 29-MAR-2017 22:59:22 ALM VOL 70%
@25 MM/S  HR 67  ARR FULL PVC 0 MONITORING ECG SIZE:0.5mV/div
NBP 125/70 (90) mmHg @ 22:49 SPO2 91 RATE 67 RR 18

**DATE**      3/29      70    .20    .08            SR c̄ 1° AV Block            **TIFIED:**

MANUAL SAVED SICU-2345 DAVIS,MICHAEL 4331682 30-MAR-2017 02:58:26 ALM VOL 70%
@25 MM/S  HR 71  ARR FULL PVC 0 MONITORING ECG SIZE:0.5mV/div
NBP 127/66 (91) mmHg @ 01:11 SPO2 92 RATE 73 RR 22

**DATE** 3/30 **TIME** 0258 **RATE** 80  **P-R:** .20 **QRS:** .08 **RHYTHM** SR c̄ 1° AV Block **MD NOTIFIED:**

**Monitor Tech Signature** _U. Lackey CCT_

DAVIS                    MICHAEL        O
IC 2345    ( 4331682) (
COBB, MD JASON    01364   W M   066Y
ADMIT PHY   COBB, MD JASON          01364

# ARRHYTHMIA RECORD

New
Admit



MANUAL SAVED SICU-2345 DAVIS,MICHAEL 4331682 29-MAR-2017 18:33:58 ALARM PAUSE
ALM VOL 70% @25 MM/S  HR 66  ARR FULL PVC 1 MONITORING ECG SIZE:0.5mV/div
NBP X/X (X) SPO2 92 RATE 67 RR 24

II

MANUAL SAVED SICU-2345 DAVIS,MICHAEL 4331682 29-MAR-2017 19:56:12 ALM VOL 70%
@25 MM/S  HR 65  ARR FULL PVC 0 MONITORING ECG SIZE:0.5mV/div
NBP 111/63 (82) mmHg @ 19:52 SPO2 93 RATE 67 RR 16

**DATE**                                                                  **NOTIFIED:**

II

3/29   60   .20   08                              SR c̄ 1° AU Block

MANUAL SAVED SICU-2345 DAVIS,MICHAEL 4331682 29-MAR-2017 22:59:22 ALM VOL 70%
@25 MM/S  HR 67  ARR FULL PVC 0 MONITORING ECG SIZE:0.5mV/div
NBP 125/70 (90) mmHg @ 22:49 SPO2 91 RATE 67 RR 18

II

**DATE**   3/29       70   .20   08           SR c̄ 1°AU Block          **TIFIED:**

MANUAL SAVED SICU-2345 DAVIS,MICHAEL 4331682 30-MAR-2017 02:58:26 ALM VOL 70%
@25 MM/S  HR 71  ARR FULL PVC 0 MONITORING ECG SIZE:0.5mV/div
NBP 127/66 (91) mmHg @ 01:11 SPO2 92 RATE 73 RR 22

II

**DATE** 3/30 **TIME** 0258 **RATE** 80  **P-R:** .20 **QRS:** .08 **RHYTHM** SR c̄ 1°AU Block **MD NOTIFIED:**

**Monitor Tech Signature**  V. Luckey CLT

DAVIS                    MICHAEL      O
IC 2345  ( 4331682) (
COBB, MD JASON     01364  W  M  066Y
ADMIT PHY.  COBB, MD JASON          01364

Generated on:3/31/2017 9:45

**Samples**

**Rest**

**8:57 Baseline whole waves, page 1**



HR: 77 bpm    Resp: 15 ipm    Spo2: 90 %    Temp: Off    NIBP: Off

**Jefferson Regional Medical Center**

Document Name : Discharge Summary Physician-
Patient Name: DAVIS, MICHAEL      Account#: 4331682  MRN: 001140395
Room #:3 NW-3359   Provider Name: Iko MD, Ojiugo

---

**[04/11/2017 14:18]**
**Authored By AHEC-Montales, Maria (MD)**
**Fendley, Herbert (MD)**

**Document History**
**AHEC-Montales, Maria (MD) Signed w/additional Signatures Pending 2017-04-11**
**14:33:55**
**AHEC-Montales, Maria (MD) Signed w/additional Signatures Pending 2017-04-11**
**14:34:37**
**Fendley, Herbert (MD) Signed in Full 2017-04-11 17:19:16**

**Discharge Summary:**

| | |
|---|---|
| **Admit Date:** | 03/29/2017 |
| **Discharge Date:** | 04/02/2017 |
| **Disposition** | Discharge to Malvern Prison Hospital |

**Admit/Discharge Diagnosis:**

| | |
|---|---|
| **Admitting Diagnosis** | Non-ST elevation (NSTEMI) myocardial infarction [I21.4] |
| **Discharge Diagnosis** | Acute myocardial infarction of anterior wall, initial episode of care [I21.09] |
| | Hyperlipidemia with target low density lipoprotein (LDL) cholesterol less than 100 mg/dL [E78.5] |
| | Peripheral vascular disease [I73.9] |
| | Ischemic cardiomyopathy [I25.5] |
| | Presence of stent in anterior descending branch of left coronary artery [Z95.5] |

**Hospital Course:**
Pt is a 66 y.o white male from prison with PMH of HTN, hyperlipidemia and former smoker (for 20 years, consumed 1 1/2 ppd, stopped in 2006) who was admitted from ED presented with B shoulder pain radiating to upper back, worse when he is laying down, associated with diaphoresis, onset was 6 hours prior to ED arrival. Troponin was found to be elevated (troponin of 10), and EKG showed ST elevation MI. Pt was seen by Dr. Fram (cardiologist) in ED and LHC was immediately done.  Pt is S/P stent to LAD on 3/29/2017 and S/P stent x2 to RCA on 3/31/2017, with an ejection fraction of 25-30%. Pt was also found to have peripheral vascular disease presented with left lower extremity pain and decrease in pulse, plan was ABI/PVR as outpatient per cardio. Pt was cleared for discharge on hospital day 5 and was discharged on ASA (indefinitely), clopidogrel (for at least 1 year) , statin, metoprolol, enalapril, furosemide and KCL PO. Pt was also discharged with life vest (S/P stents, EF 20-30%, to prevent arrhythmia) to Malvern prison hospital. Dr. Vowell (admitting physician in Malvern hospital) accepted the patient. To ffup with Dr. Fram.

**General Info:**

| | |
|---|---|
| **General Details** | white, male, obese, not in acute distress |

**Head/Neck Exam:**

| | |
|---|---|
| **Head and Neck** | supple, trachea midline, no JVD, LN, thyromegaly or carotid bruits |

MICHAEL DAVIS #119031-BRK'S 10#
PINE BLUFF UNIT
890 FREE LINE DRIVE
PINE BLUFF, ARKANSAS 71603-1498

MAILED FROM
ADC PINE BLUFF

NEOPOST
02/10/2022
US POSTAGE $0
04

C/O JAMES W. MCCORMACK
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
600 WEST CAPITOL AVE, SUITE A-1
LITTLE ROCK, ARKANSAS 72201-33