UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL DAVIS,                                                                                                   PLAINTIFF
ADC #119031

V.                          No. 4:22-CV-140-BRW

DEXTER PAYNE, Director, ADC, *et al.*                                    DEFENDANTS

## **JUDGMENT**

In accordance with the Order entered this date, this case is hereby dismissed, with prejudice, and the case is closed.

DATED this 23rd day of May, 2022.

                                                                     BILLY ROY WILSON
                                              UNITED STATES DISTRICT JUDGE